IN THE UNITED STATE DISTRICT COURT
NOTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2804 |
| | | JUDGE DAN AARON POLSTER |
| THIS DOCUMENT RELATES TO: *City of Auburn, Alabama v. AmerisourceBergen Drug Corporation, et al.* | | CASE NO. 1:20-op-45282-DAP |

**PLAINTIFF'S NOTICE OF FILING WAIVERS OF SERVICE**

COMES NOW Plaintiff City of Auburn, Alabama, by and through undersigned counsel, and gives Notice of Filing Waivers of Service pursuant to Federal Rule of Civil Procedure 4(d), attached as Composite Exhibit A, against the following Defendants:

Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.

Actavis LLC

Cardinal Health Inc.

Cephalon, Inc.

TEVA Pharmaceuticals USA, Inc.

Amerisourcebergen Drug Corporation

Watson Laboratories Inc.

Dated: January 04, 2021            RESPECTFULLY SUBMITTED:

*/s/ Peter J. Mougey*
Peter J. Mougey, Esq.
LEVIN, PAPANTONIO, THOMAS
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
Telephone: (850) 435-7068
Facsimile: (850) 436-6068

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 04, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Peter J. Mougey*
Peter J. Mougey, Esq.
