IN THE UNITED STATE DISTRICT COURT
NOTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) ) | CASE NO. 1:20-op-45282 |
| *City of Auburn AL* vs. *Amerisourcebergen Drug Corporation, et al.* | ) ) ) ) ) | JUDGE DAN AARON POLSTER |

**PLAINTIFF'S NOTICE OF FILING OF SIGNED WAIVERS OF SERVICE FOR SHORT-FORM AMENDED COMPLAINT**

    COMES NOW Plaintiff, City of Auburn, AL, by and through undersigned counsel, and gives **Notice of Filing of Signed Waivers of Service for Short-Form Amended Complaint** pursuant to Federal Rule of Civil Procedure 4(d), attached as Composite Exhibit A, against the following Defendants:

    Amneal Pharmaceuticals LLC
    Associated Pharmacies, Inc.
    CVS Health Corporation
    The Kroger Co.
    Mylan Pharmaceuticals, Inc.
    Par Pharmaceutical, Inc.
    Par Pharmaceutical Companies, Inc.
    J. M. Smith Corporation
    Walgreens Boots Alliance, Inc.
    Walmart, Inc.
    West-Ward Pharmaceuticals Corporation n/k/a Hikma Pharmaceuticals USA, Inc.
    Winn-Dixie Stores, Inc.

Dated March 23, 2021          RESPECTFULLY SUBMITTED:

                                           /s/ *James C. Peterson*
                                           James C. Peterson
                                           **HILL, PETERSON, CARPER,**
                                           **BEE & DEITZLER, PLLC**
                                           500 Tracy Way
                                           Charleston, WV  25311
                                           Tel.:  304-345-5667

Fax:  304-345-1519
jcpeterson@hpcbd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021 a copy of the foregoing **PLAINTIFF'S NOTICE OF FILING OF SIGNED WAIVERS OF SERVICE FOR SHORT-FORM AMENDED COMPLAINT** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *James C. Peterson*
James C. Peterson
**HILL, PETERSON, CARPER,
     BEE & DEITZLER, PLLC**
NorthGate Business Park
500 Tracy Way
Charleston, WV  25311
Tel.:  304-345-5667
Fax:  304-345-1519
jcpeterson@hpcbd.com